AARON D. FORD
   Attorney General
DOUGLAS R. RANDS, Bar No. 3572
   Senior Deputy Attorney General
State of Nevada
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1150
E-mail:  drands@ag.nv.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRY BALL,<br><br>             Plaintiff,<br><br>vs.<br><br>MICHAEL MINEV, et al.,<br><br>             Defendants. | Case No.  3:20-cv-00011-MMD-CLB<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Plaintiff, Terry Ball, appearing *pro se*, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1 | This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs.

\* \* \*

DATED this 22 day of January, 2021.   DATED this 1st day of January February, 2021.

AARON D. FORD
Attorney General

By: _____
TERRY BALL
*Plaintiff, Pro Se*

By: *Laura Linn* #8085
_____
DOUGLAS R. RANDS
*Senior* Deputy Attorney General

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**

DATED: February 2, 2021

2